IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

MISC. NO. 1:05MC15

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>MARVIN L. ELLIOTT, )<br>)<br>Respondent. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Respondent's motion to permit the filing of his affidavit under seal.

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Respondent's motion to seal is **ALLOWED**, and his affidavit is sealed until further order of this Court.

**Signed: June 27, 2005**

Lacy H. Thornburg
United States District Judge